**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 23-1087

Tonya C. Huber

Appellant

v.

Westar Foods, Inc.

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:21-cv-00229-RFR)

---

**ORDER**

The petition for rehearing en banc is granted. The petition for panel rehearing is denied as moot. The opinion and judgment dated July 1, 2024, are vacated. The case will be set for oral argument on October 24, 2024, at 2:00 p.m. in St. Paul. Within ten days of this order, the parties must submit thirty (30) additional copies of all briefs and eight (8) additional copies of the appendix previously filed in the case.

August 21, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

____________________________________________

/s/ Maureen W. Gornik